UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC, | CASE NO. C17-1364 RAJ |
| Plaintiff, | ORDER |
| v. | |
| SARA VIRGINIA CARDOZA, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for relief from dismissal. Dkt. # 9.  The Court considered Plaintiff's motion and the balance of the record, including Bruce Orr's declaration and the timeline of events in this case.  Plaintiff's failure to prosecute was not due to "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1).  The Court **DENIES** the motion.

Dated this 7th day of May, 2018.

The Honorable Richard A. Jones
United States District Judge